773 F.2d 1070
 Fed. Sec. L. Rep. P 92,362
JERRY T. O'BRIEN, INC., doing business as Pennaluna & Co.,
et al., Plaintiffs-Appellants,
v.
SECURITIES AND EXCHANGE COMMISSION, et al., Defendants-Appellees,
and
Harry F. MAGNUSON and H.F. Magnuson & Company,
Cross-Plaintiffs-Appellants,
v.
SECURITIES AND EXCHANGE COMMISSION, et al.,
Cross-Defendants-Appellees.
 Nos. 82-3108, 82-3109 and 82-3185.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 11, 1985.
 
 C. Dean Little, Lesourd, Patten, Fleming, Hartung & Emory, Seattle, Wash., for plaintiffs-appellants/cross-plaintiffs-appellants.
 Linda D. Fienberg, S.E.C., Washington, D.C., and William D. Symmes, Witherspoon, Kelley, Davenport & Toole, Spokane, Wash., for defendants-appellees/cross-defendants-appellees.
 Before SKOPIL, PREGERSON, and FERGUSON, Circuit Judges.
 
 ORDER
 
 1
 The judgment of this court, 704 F.2d 1065, is reversed and the case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court of the United States in Securities and Exchange Commission v. Jerry T. O'Brien, Inc., --- U.S. ----, 104 S.Ct. 2720, 81 L.Ed.2d 615 (1984).